**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Medicis Pharmaceutical Corporation, | No. CV-05-3458-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Upsher-Smith Laboratories, Inc.; Prasco, LLC (d/b/a Prasco Laboratories), Group, Inc., | |
| Defendants. | |

Pending before the Court is the Application of defense counsel Misti Okerlund to Withdraw as Counsel of Record for Defendant Upsher-Smith Laboratories, Inc. (Dkt. 119.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the Application of defense counsel Misti Okerlund to Withdraw as Counsel of Record for Defendant Upsher-Smith Laboratories, Inc. (Dkt. 119.)

**IT IS FURTHER ORDERED** that Misti Okerlund is hereby withdrawn as counsel of record for Defendant Upsher-Smith Laboratories.

DATED this 5th day of February, 2007.

Stephen M. McNamee
United States District Judge